# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PRISCELLA SAINTAL-SMITH,

    Plaintiff(s),

v.

ALBERTSON'S, LLC, et al.,

    Defendant(s).

Case No.: 2:18-cv-01478-APG-DJA

**ORDER**

Pursuant to 28 U.S.C. § 1915 Plaintiff is proceeding in this action *pro se* and has been granted authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. (ECF No. 5). The Court granted Plaintiff leave to proceed on the Amended Complaint on October 16, 2019. (ECF No. 8). It further ordered her to furnish the U.S. Marshal with the required Form USM-285 within twenty days in order to serve Defendant. (*Id.*).

On March 30, 2020, Plaintiff filed a Motion to Extend Time to Serve (ECF No. 21). Plaintiff seeks yet another extension, of 45 days, to provide the U.S. Marshal with the required Form USM-285 for service of her Amended Complaint. The Court will grant her an extension of forty-five days from today under these circumstances.

Plaintiff also filed a Motion for Production of Documents (ECF No. 20) on March 30, 2020. Plaintiff appears to request a new copy of the USM-285 form as she was incarcerated and has moved addresses. However, the Court already provided Plaintiff with the link to access the document and will do so again in this order. To the extent that Plaintiff is requesting any other documents, her motion is denied.

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time to Serve (ECF No. 21) is **granted**.

1

IT IS FURTHER ORDERED that Plaintiff shall have forty-five days in which to furnish the U.S. Marshal with the required Form USM-285. [1] Within twenty days after receiving from the U.S. Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice with the court identifying whether defendant was served. If Plaintiff wishes to have service again attempted on an unserved defendant, a motion must be filed with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant, or whether some other manner of service should be attempted.

IT IS FURTHER ORDERED that Plaintiff's Motion for Production of Documents (ECF No. 20) is granted in part and denied in part. To effectuate service, Plaintiff must complete the required Form USM-285 accessible at the following link: www.usmarshals.gov/process/usm285.pdf.

Dated: March 31, 2020

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] The USM-285 form is available at www.usmarshals.gov/process/usm285.pdf.