# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

PRISCELLA RENITA SAINTAL-SMITH,

    Plaintiff,

vs.

ALBERTSON'S LLC,

    Defendant.

2:18-cv-01478-APG-DJA

**ORDER**

    Before the Court is the *Priscella Renita Saintal-Smith v. Albertison's, LLC*, case number 2:18-cv-01478-APG-VCF.

    On September 16, 2020, the parties reached a settlement agreement at the Early Neutral Evaluation session. The parties were ordered to file a proposed stipulation and order for dismissal by November 16, 2020. (ECF NO. 40). To date, no proposed stipulation and order for dismissal has been filed.

    Accordingly,

    IT IS HEREBY ORDERED that a telephonic status hearing is scheduled for 3:00 PM, November 30, 2020.

    The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

    DATED this 17th day of November, 2020.

_____

CAM FERENBACH

UNITED STATES MAGISTRATE JUDGE