**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

PRISCELLA RENITA SAINTAL-SMITH,

    Plaintiff,

vs.

ALBERTSON'S LLC,

    Defendant.

2:18-cv-01478-APG-DJA

**ORDER**

    Before the Court is the *Priscella Renita Saintal-Smith v. Albertison's, LLC*, case number 2:18-cv-01478-APG-VCF.

    A proposed Stipulation and Order to Dismiss has been filed. (ECF NO. 44).

    Accordingly,

    IT IS HEREBY ORDERED that the telephonic status hearing scheduled for 3:00 PM, November 30, 2020, is VACATED.

    DATED this 18th day of November, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE